EXHIBIT A

# EXHIBIT A
## (Preferential Transfers)

| Vendor Name | Check # | Invoice # | Clear Date | Check Amt |
|---|---|---|---|---|
| Insight Land & Investments LLC | 7209 | Broker Agreement | 1/7/2009 | $80,000.00 |
| | | | Total: | $80,000.00 |